STATE OF CONNECTICUT *v.* GEORGE EARL SMITH
(4272)

DUPONT, C. J., HULL and DALY, Js.

Argued May 1—decided May 1, 1986

*Paul D. Eschuk,* deputy assistant public defender, for the appellant (defendant).

*Raymond J. Doyle, Jr.,* assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.